SCWC-30161

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

PAMELA L. TAYLOR, Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30161; CR. NO. 08-1-0331)

ORDER OF CORRECTION
(By: McKenna, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on August 2, 2013, is corrected as follows:

On page 31, footnotes 13, 14, and 15 shall read:

"See supra note 10."

The Clerk of the Court is directed to take all

necessary steps to notify the publishing agencies of this change.

An amended opinion of the court will be filed

contemporaneously with this order.

DATED: Honolulu, Hawaiʻi, August 19, 2013.

/s/ Sabrina S. McKenna



_____

[1] The Court: Recktenwald, C.J., Nakayama, Acoba, McKenna, JJ., and Circuit Judge Garibaldi, assigned by reason of vacancy.